**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee, Plaintiffs, v. Tri-Starr Management Services, Inc., a Texas corporation, Defendant.

Case Number:
FILED
March 18, 2008     TG
08cv1579
Judge NORDBERG
Magistrate Judge COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print) | |
| Rebecca K. McMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rebecca K. McMahon | |
| FIRM | |
| Central States Law Department | |
| STREET ADDRESS | |
| 9377 W. Higgins Road | |
| CITY/STATE/ZIP | |
| Rosemont, IL  60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06290192 | 847/518-9800, Ext. 3441 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |