**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee, Plaintiffs, v. Tri-Starr Management Services, Inc., a Texas corporation, Defendant. | Case Number:<br>FILED<br>March 18, 2008    TG<br>08cv1579<br>Judge NORDBERG<br>Magistrate Judge COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee

| |
|---|
| NAME (Type or print)<br>Albert M. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Albert M. Madden |
| FIRM<br>Central States Law Department |
| STREET ADDRESS<br>9377 W. Higgins Road |
| CITY/STATE/ZIP<br>Rosemont, IL  60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03127399 | TELEPHONE NUMBER<br>847/518-9800, Ext. 3478 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐