*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1579                    Assigned/Issued By: tg

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____              _____
   (Type of Writ)                      _____
                                       (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                  (Date)
_____
_____