U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, trustee | 08 cv 1579 |
| v. | |
| Tri-Starr Management Services, Inc., a Texas Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Tri-Starr Management Services, Inc.**

| NAME (Type or print)   Sara A. Weinberg |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/**Sara A. Weinberg** |
| FIRM<br>    **JACKSON LEWIS LLP** |
| STREET ADDRESS<br>    **320 W. OHIO, SUITE 500** |
| CITY/STATE/ZIP<br>    **CHICAGO, IL  60610** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6270806** | **312-787-4949** |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐              APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I, Sara A. Weinberg, an attorney, certify that on this 2nd day of May, 2008, a true and correct copy of the foregoing Appearance was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

Rebecca K. McMahon
Central States, Southeast and Southwest
Areas Health and Welfare Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938

 /s/ Sara A. Weinberg
Sara A. Weinberg