IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 1579 |
| TRI-STARR MANAGEMENT SERVICES, INC., a Texas Corporation, | ) ) ) | District Judge Nordberg Magistrate Judge Cox |
| Defendant. | ) ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Tri-Starr Management Services, Inc. ("Tri-Starr"), pursuant to Fed. R. Civ. P. 6(b), moves this Court to enter an Order allowing Tri-Starr an extension of time of 21 days, up to and including May 27, 2008, to file a responsive pleading to Plaintiff's Complaint. In support of its Motion, Tri-Starr states as follows:

1. The Complaint was filed on or about March 18, 2008. Tri-Starr was served with the Complaint on or about April 15, 2008, therefore, Tri-Starr's responsive pleading in this matter is presently due on May 5, 2008. This is the first request for an enlargement of time sought by Tri-Starr.

2. The undersigned counsel for Tri-Starr requires additional time to investigate the matter before preparing the responsive pleading.

3. This request is not made for purposes of delay or harassment. Instead, it is made to permit Tri-Starr's counsel adequate time to respond to the Complaint.

4. Granting this motion will not unfairly prejudice Plaintiff nor will it materially delay the efficient conduct of discovery.

5. Counsel for the Plaintiff does not oppose the requested extension of 21 days to allow Tri-Starr to file its responsive pleading to the Complaint.

WHEREFORE, Tri-Starr requests that this Court enter an Order granting Tri-Starr through and including May 27, 2008 to file its responsive pleading, and whatever relief the Court determines to be appropriate.

Dated:  May 2, 2008                                    TRI-STARR MANAGEMENT SERVICES, INC.


                                                       By:    /s/Sara A. Weinberg
                                                              Sara A. Weinberg

Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949
Email:  weinbers@jacksonlewis.com

2

**CERTIFICATE OF SERVICE**

      I, Sara A. Weinberg, an attorney, certify that on this 2nd day of May, 2008, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Responsive Pleading was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

Rebecca K. McMahon  
Central States, Southeast and Southwest  
Areas Health and Welfare Fund  
9377 West Higgins Road  
Rosemont, Illinois 60018-4938

                                                /s/ Sara A. Weinberg  
                                                Sara A. Weinberg