# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 1579 |
| TRI-STARR MANAGEMENT SERVICES, INC., a Texas Corporation, | ) ) ) | District Judge Nordberg Magistrate Judge Cox |
| Defendant. | ) ) ) | |

## NOTICE OF UNOPPOSED MOTION

Please take notice that Defendant Tri-Starr Management Services, Inc. will appear before the Honorable John A. Nordberg, United States District Court Judge for the Northern District of Illinois, at **2:30 p.m. on May 7, 2008**, in Courtroom 1801, 219 South Dearborn, Chicago, Illinois, and present its **Unopposed Motion for Extension of Time to File Responsive Pleading**, a copy of which has been served on you.

Dated: May 2, 2008                    TRI-STARR MANAGEMENT SERVICES, INC.


                                      By:    /s/Sara A. Weinberg
                                             Sara A. Weinberg

Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949
Email: weinbers@jacksonlewis.com

**CERTIFICATE OF SERVICE**

      I, Sara A. Weinberg, an attorney, certify that on this 2nd day of May, 2008, a true and correct copy of the foregoing Notice of Motion was served via the electronic filing system of the United States District Court for the Northern District of Illinois upon the following:

Rebecca K. McMahon
Central States, Southeast and Southwest
Areas Health and Welfare Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938

                                                   /s/ Sara A. Weinberg
                                                   Sara A. Weinberg