# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.

                           Plaintiff,

v.

                           Case No.: 1:08−cv−01579

                           Honorable John A. Nordberg

Tri−Starr Management Services, Inc.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable John A. Nordberg: Status hearing set for 5/29/2008 at 2:30 PM. Plaintiff to advise all parties of this Court's hearing.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.