**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CENTRAL STATES, SOUTHEAST AND** | ) | |
| **SOUTHWEST AREAS HEALTH AND** | ) | |
| **WELFARE FUND and HOWARD** | ) | |
| **McDOUGALL, trustee,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 08 CV 1579** |
| | ) | |
| **TRI-STARR MANAGEMENT SERVICES,** | ) | **District Judge Nordberg** |
| **INC., a Texas Corporation,** | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF FILING**

TO:    Rebecca K. McMahon
        Central States, Southeast and Southwest
        Areas Health and Welfare Fund
        9377 West Higgins Road
        Rosemont, Illinois 60018-4938

PLEASE TAKE NOTICE THAT on May 27, 2008, we caused to be filed Tri-Starr Management Services, Inc.'s Answers and Affirmative Defenses to Plaintiffs' Complaint by the Court's ECF/CM electronic filing protocols, that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated:  May 27, 2008                        TRI-STARR MANAGEMENT SERVICES, INC.

By:    _/s/Sara A. Weinberg_____
        Sara A. Weinberg

Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610
Tel: (312) 787-4949
Email:  weinbers@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Sara A. Weinberg, an attorney, certify that on this 27th day of May, 2008, a true

and correct copy of the foregoing Notice of Filing was served via the electronic filing system of

the United States District Court for the Northern District of Illinois upon the following:

Rebecca K. McMahon
Central States, Southeast and Southwest
Areas Health and Welfare Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938


/s/ Sara A. Weinberg
Sara A. Weinberg