## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.

Plaintiff,

v.

Tri−Starr Management Services, Inc.

Defendant.

Case No.: 1:08−cv−01579

Honorable John A. Nordberg

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox and Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference and discovery supervision.(tlp, )Mailed notice.

Dated: June 5, 2008

/s/ John A. Nordberg

United States District Judge