# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas Health
and Welfare Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−01579
Honorable John A.
Nordberg

Tri−Starr Management Services, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Susan E. Cox: The parties contacted the
Court to report they have reached a settlement. Status hearing set for 8/15/08 at 9:30 a.m.
is stricken. Status report deadline of 8/13/08 is stricken. All matters relating to the referral
of this action having been resolved, the case is returned to the assigned judge. Case no
longer referred to Honorable Susan E. Cox. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.